Party Name, Address, Telephone &
FAX Nos. & Email Address:

JACQUELINE ANN MCKAYE
1784 DEL MAR AVE
LAGUNA BEACH, CA 92651
(949) 539-7824
JACKIE.MCKAYE @ BLUESTEM.COM

**FILED**

MAR 23 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

Debtor(s),

JACQUELINE ANN
MCKAYE

Plaintiff(s),

SEE NOTICE OF DISMISSAL
vs.

Defendant(s).

Case No.: 8:23-ap-01005-TA

Chapter 7: 8:23-bk-10045-TA

Adversary No.: 8:23-ap-01005-TA

Title: NOTICE OF VOLUNTARY
DISMISSAL.

☐ No hearing
☐ Hearing
DATE:
TIME:
COURTROOM:
PLACE:  411 W Fourth St
        Santa Ana, CA 92701

- 1 -

SEE ATTACHMENT

Jacqueline

1784 Del Mar Ave.

Laguna Beach, CA 92651

949 339 7824

Jackie.McKaye @ Bluestem.com.

ADV. CASE NO 8:23 ap-01005-TA

CHP. 7 CASE NO 8:23-BK-10004S-TA

# NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JACQUELINE ANN MCKAYE ("Plaintiff" or Debtor") HEREBY PROVIDES NOTICE TO THE COURT AND ALL INTERESTED PARTIES of the VOLUNTARY DISMISSAL of the above captioned Adversary Complaint without prejudice as to all causes of action and all defendants.

Dated: March 23, 2023

_____

**Jacqueline Ann McKaye**, Plaintiff
and Debtor, In Pro Per

NOTICE OF DISMISSAL Adversary Complaint:
Jacqueline Ann McKaye v. Cardenas Three, LLC, et. al.

Jacqueline Ann McKaye
1784 De Mar Ave.
Laguna Beach, CA 92651
P: (949) 339-7824
Jackie.McKaye@bluestem.com

Debtor, In Pro Per

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re JACQUELINE ANN MCKAYE.<br><br>Debtor<br>_____ | ADV. CASE NO. 8:23-ap-01005-TA<br><br>CHP. 7 CASE NO. 8:23-bk-10045-TA<br><br>ADVERSARY COMPLAINT: |
| JACQUELINE ANN MCKAYE,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CARDENAS THREE, LLC, a California limited liability company; C&H TRUST DEED SERVICE, an unknown entity; SPENCER CURRIE, an individual; ALTA LOMA ENTERPRISES, LLC, a California limited liability company; JESUS CARDENAS, JR. an individual; JOSE CARDENAS, an individual; NEFERTITI U. LONG, an individual; and, GERARDO ROA MACIAS, JR., an individual.<br><br>    Defendants<br>_____ | 1. TO SET ASIDE WRONGFUL NON-JUDICAL FORECLOSURE, CONDUCTED BASED ON EXTINGUISHED 2017 DEED OF TRUST<br>2. BREACH OF NOVATION AGREEMENT (THAT EXTINGUISHED 2017 DEED OF TRUST) PURSUANT TO CIV. CODE § 1531(1)<br>3. DECLARATORY RELIEF RE: VALIDITY OF NOVATION AGREEMENT, VOIDABLE FORECLOSURE SALE, AND PLAINTIFF'S RIGHT TO BID PURSUANT TO CIV. CODE § 2924m<br>4. WRONGFUL JUDICAL FORECLOSURE, BASED ON VIOLATION OF CIVIL CODE §§ 2924.19 AND 2924.17<br>5. MAKING AND ARRANGING REAL ESTATE LOANS WITHOUT REQUIRED STATE LICENSES<br>6. NEGLIGENT FAILURE TO RECORD 2020 CARDENAS DEED OF TRUST<br>7. FRAUDULENTLY NOTARIZED SIGNATURES<br>8. QUIET TITLE<br>9. ACCOUNTING |

NOTICE OF DISMISSAL Adversary Complaint:
Jacqueline Ann McKaye v. Cardenas Three, LLC, et. al.